UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| WARD A. PHELAN,<br><br>      Plaintiff,<br><br>v.<br><br>ZWICKER & ASSOCIATES, P.C.,<br><br>      Defendant. | Case No. 7:19-cv-00132 |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

WARD A. PHELAN ("Plaintiff"), files this Certificate of Interested Persons.

The following entities and/or persons are financially interested in the outcome of this case:

1. Ward A. Phelan, *Plaintiff*
2. Sulaiman Law Group, Ltd., *Attorneys for Plaintiff*
3. Zwicker & Associates, P.C., *Defendant*

Dated: May 15, 2019

                                      Respectfully Submitted,

                                      */s/ Majdi Y. Hijazin*

                                      Majdi Y. Hijazin, *Of Counsel*
                                      **SULAIMAN LAW GROUP, LTD.**
                                      2500 South Highland Avenue
                                      Suite 200
                                      Lombard, Illinois 60148
                                      +1 630-575-8181
                                      mhijazin@hijazinlaw.com

## **CERTIFICATE OF SERVICE**

    I, Majdi Y. Hijazin, certify on May 14, 2019, a copy of the above and forgoing was filed electronically with the Clerk of the Court using the CM/ECF systems. Notice of this filing has been forwarded to all parties via, US Mail, postage prepaid:

Zwicker & Associates, P.C.<br>
c/o Registered Agent<br>
CT Corporation System<br>
203 S. LaSalle Street, Suite 814<br>
Chicago, Illinois 60604

                                      */s/ Majdi Y. Hijazin*