UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| WARD A. PHELAN, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:19-CV-132 |
| § | |
| ZWICKER & ASSOCIATES, P.C., § | |
| § | |
| Defendant. § | |

# **ORDER**

The Court now considers the "Agreed Stipulation of Dismissal With Prejudice"[1] filed by Ward A. Phelan ("Plaintiff") and Zwicker & Associates, P.C. ("Defendant") announcing to the Court that "the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41."[2] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all appearing parties. Since the stipulation of dismissal is signed by all appearing parties, Plaintiff has effectively dismissed the case and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 12th day of August, 2019.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 14.
[2] *Id.*